| FORM B1 | United States Bankruptcy Court<br>WESTERN District of NEW YORK | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Mann, James L.** | Name of Joint Debtor (Spouse)(Last, First, Middle):<br>**Mann, Shirley D.** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**NONE** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**NONE** |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all) **1993** | Last four digits of Soc. Sec. No./Compete EIN or other Tax I.D. No.<br>(if more than one, state all) **3683** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**177 Courtland Avenue**<br>**Buffalo NY 14215** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**177 Courtland Avenue**<br>**Buffalo NY 14215** |
| County of Residence or of the<br>Principal Place of Business: **Erie** | County of Residence or of the<br>Principal Place of Business: **Erie** |
| Mailing Address of Debtor (if different from street address):<br>**SAME** | Mailing Address of Joint Debtor (if different from street address):<br>**SAME** |

Location of Principal Assets of Business Debtor
(If different from street address above): **NOT APPLICABLE**

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
☒ Individual(s)   ☐ Railroad
☐ Corporation    ☐ Stockbroker
☐ Partnership    ☐ Commodity Broker
☐ Other _____  ☐ Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
☒ Chapter 7   ☐ Chapter 11   ☐ Chapter 13
☐ Chapter 9   ☐ Chapter 12
☐ Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
☒ Consumer/Non-Business   ☐ Business

**Filing Fee** (Check one box)
☒ Full Filing Fee attached
☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)
☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

# Voluntary Petition
*(This page must be completed and filed in every case)*

| Name of Debtor(s): | FORM B1, Page 2 |
|---|---|
| *James L. Mann and Shirley D. Mann* | |

## Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| NONE | | |

## Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| NONE | | |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ James L. Mann*
Signature of Debtor

**X** */s/ Shirley D. Mann*
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

### Signature of Attorney

**X** */s/ RICHARD T. VALLONE, ESQ.*
Signature of Attorney for Debtor(s)

*RICHARD T. VALLONE, ESQ.*
Printed Name of Attorney for Debtor(s)

*Wojtan, Vallone & Gagola*
Firm Name

*2956 Union Road*
Address

*Cheektowaga NY 14227*

*716-681-3355*
Telephone Number    Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)
☐ Exhibit A is attached and made a part of this petition

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

**X** */s/ RICHARD T. VALLONE, ESQ.*
Signature of Attorney for Debtor(s)    Date

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health and safety?
☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

**X** _____
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

In re *James L. Mann*  
    *and*  
    *Shirley D. Mann*

Case No.  
Chapter 7

_____ / Debtor

Attorney for Debtor: *RICHARD T. VALLONE, ESQ.*

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: _____

*/s/ James L. Mann* _____  
Debtor

*/s/ Shirley D. Mann* _____  
Joint Debtor

```
Americredit
PO Box 183621
Arlington, TX  76096-3621


M & T Bank
PO Box 767
Buffalo, NY  14240


Ocwen Federal Bank
PO Box 785050
Orlando, FL  32878-5050


Allen D. Friedman, Esq.
500 First Federal Plaza
Rochester, New York  14614


AT & T
1500 Commerce Drive
Mendota Heights, MN  55120-1025


AWA Collections
PO Box 6605
Orange , CA  92863-6605


Bank First Card Center
PO Box 5052
Sioux Falls, SD  57117-5052


Capital One Bank
PO Box 85147
Richmond, VA  23276


Card Processing Center
PO Box 9204
Old Bethpage, NY  11804


Cohen & Slamowitz, LLP
P.O. Box 9004
199 Crossways Park Dr.
Woodbury, NY  11797-9004


Cross Country Bank
PO Box 310731
Boca Raton, FL  33431-0731
```

Eric M. Berman, P.C.
500 W. Main St.
Ste. 212
Babylon, New York  11702-3035


Ginny's
1112 Seventh Avenue
Monroe, Wisconsin  53566-1364


Golden, Wexler & Sarnese
377 Oak Street
Dept. C
Garden City, NY  11530


Household Bank
PO Box 129
Thorofare, NJ  08086-0129


Intertech Digital Entertainmnt
P.O. Box 4034
Woburn, Massachusetts  01888-4034


J.C. Penney
GE Consumer Finance
P.O. Box 85520
Orlando, Florida  32896


Kaufmann's
PO Box 8024
Lorain, OH  44055-8024


Key Bank National Association
34 North Main Street
Dayton, OH  45402


La Redoute
PO Box 659728
San Antonio, TX  78265-9728


Lane Bryant
PO Box 659728
San Antonio, TX  78265-9728


Lerner
PO Box 659728
San Antonio, TX  78265-9728

Lifetime Health
205 Park Club Lane
Buffalo, NY  14221


Mark H. Stein, ESq.
Lacy, Katzen, Ryen & Mittleman
130 East Main Street
Rochester, NY  14604-1686


Merchants' Credit Guide Co.
223 W. Jackson Blvd.
Chicago, IL  60606


Midnight Velvet
1112 Seventh Avenue
Monroe, Wisconsin  53566-1364


Millard Fillmore Hospital
1540 Maple Road
Williamsville, NY  14221


Monogram Credit Card
Bank of Georgia
9675 Elk Grove Florin Road
Eld Grove, CA  95624


World Financial Network
P.O. Box 181872
Columbus, OH  43218-2872


NCO Financial
507 Prudential Road
Horsham, PA  19044


NCO Financial Systems, Inc.
PO Box 41417
Dept. 99
Philadelphia, PA  19101


Nextel Parnters, Inc.
P.O. Box 4192
Carolstream, IL  60197


Office Depot
2200 Old Germantown Center
Delray Beach, FL  33445

Orchard Bank
1352 Charwood Road
Hanover, MO  21076


Overton, Russell & Doerr
PO Box 437
Clifton Park, NY  12065-0437


Portfolio Recovery Associates
PO Box 12914
Norfolk, VA  23541


Providian National Bank
PO Box 660565
Dallas, TX  75266-9579


Roaman's
PO Box 659728
San Antonio, TX  78265-9728


Security Credit Systems, Inc.
1250 Niagara Street
Buffalo, NY  14213


Sterling Jewelers
PO Box 1799
Akron, OH  44309


Wolpoff & Abramson
2 Irving Centre
702 King Farm Blvd.
Rockville, MD  20850-5775


Kattie Hall
303 Weston Avenue
Buffalo, NY  14215